*Wednesday, September 26, 2001*

## MERIT DOCKET

**01–1028.   State ex rel. Virostek v. Liberty Twp. Bd. of Trustees.**
In Quo Warranto. On S.Ct.Prac.R. X(5) determination and consideration of respondent board's motion to dismiss or in the alternative for summary judgment dismissing the petition, and relator's motion to strike,
IT IS HEREBY ORDERED that relator's motion be, and hereby is, DENIED.
IT IS FURTHER ORDERED that respondent board's motion to dismiss be, and hereby is, GRANTED and that the cause be, and hereby is, DISMISSED.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
DOUGLAS, J., dissents, would grant an alternative writ, and would deny all other motions.

**01–1055.   State ex rel. Jones v. Manning.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1071.   State ex rel. Wyrick v. Fifth Dist. Court of Appeals.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1086.   State ex rel. Sloan v. Ghee.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1105.   State ex rel. Shackleford v. Copley.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1114.   State ex rel. Hamblin v. Mengel.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1115.   State ex rel. Martin v. Greene.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1160.   State ex rel. Chebib v. Cleveland.**
In Mandamus and Prohibition. On motion to dismiss of city of Cleveland. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1237.   State ex rel. Campbell v. Corrigan.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1330.   State ex rel. Chebib v. Corrigan.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1331.   State ex rel. White v. Court of Appeals, Eighth Judicial Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1371.   State ex rel. Nelson v. Young.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.